**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Puerto Plata Seafood On The Water Corp.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Puerto Plata Seafood On The Water** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-2426128** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**42 Woodcleft Avenue**<br>**Freeport, NY 11520**<br>Number, Street, City, State & ZIP Code<br>**Nassau**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.puertoplataonthewater.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Puerto Plata Seafood On The Water Corp.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5812**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Puerto Plata Seafood On The Water Corp.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Puerto Plata Seafood On The Water Corp.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 10, 2026**
MM / DD / YYYY

X **/s/ Rudy Liriano**
Signature of authorized representative of debtor

**Rudy Liriano**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joseph S. Maniscalco, Esq**
Signature of attorney for debtor

Date **November 10, 2026**
MM / DD / YYYY

**Joseph S. Maniscalco, Esq**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone **516-826-6500** Email address **jsm@lhmlawfirm.com**

Bar number and State

Debtor **Puerto Plata Seafood On The Water Corp.** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Puerto Plata Fish Market, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **11/10/26** | Case number, if known | **26-45238** |
| Debtor | **Puerto Plata Seafood Corp.** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of New York** | When | **11/03/26** | Case number, if known | **26-45148** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Puerto Plata Seafood On The Water Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Acme Funding<br>16 Middleneck Road<br>Suite 631<br>Brooklyn, NY 11201** | | **MCA** | **Contingent<br>Unliquidated** | | | **$195,207.22** |
| **American Express<br>PO Box 1270<br>Newark, NJ<br>07101-1270** | | **Credit Card** | | | | **$13,051.29** |
| **Bank of America<br>PO Box 15102<br>Wilmington, DE<br>19886** | | **Credit Card** | | | | **$26,215.45** |
| **Driscoll Foods<br>6 Westbelt<br>Wayne, NJ 07470** | | **Vendor** | | | | **$3,155.60** |
| **IOU Central Inc.<br>600 Town Park Lane<br>Suite 100<br>Kennesaw, GA<br>30144** | | **MCA** | **Contingent<br>Unliquidated** | | | **$564,860.23** |
| **Monsieur Touton Selection<br>129 W. 27th Street<br>9th Floor<br>New York, NY 10001** | | **Vendor** | | | | **$352.00** |
| **Paypal<br>PO Box 960080<br>Orlando, FL<br>32896-0080** | | **MCA** | **Contingent<br>Unliquidated** | | | **$19,399.44** |
| **Quality Direct NYC LLC<br>43-50 57th Avenue<br>Maspeth, NY 11378** | | **Vendor** | | | | **$1,319.36** |

Debtor **Puerto Plata Seafood On The Water Corp.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zona Roma Imports LLC<br>49 Georgia Street<br>Valley Stream, NY 11580** | | **Vendor** | | | | **$485.60** |

# United States Bankruptcy Court
## Eastern District of New York

In re **Puerto Plata Seafood On The Water Corp.** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **November 10, 2026**

**/s/ Rudy Liriano**
**Rudy Liriano**/**President**
Signer/Title

Date: **November 10, 2026**

**/s/ Joseph S. Maniscalco, Esq**
Signature of Attorney
**Joseph S. Maniscalco, Esq**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

Acme Funding
16 Middleneck Road
Suite 631
Brooklyn, NY 11201

American Express
PO Box 1270
Newark, NJ 07101-1270

Avion Funding HC, LLC
200 Central Avenue
Farmingdale, NY 11735

Bank of America
PO Box 15102
Wilmington, DE 19886

Clearfund Solutions
99 Wall Street
Suite 2613
New York, NY 10005

Dependance Platinum
9600 Korger Blvd N.
Suite 236
Saint Petersburg, FL 33702

Driscoll Foods
6 Westbelt
Wayne, NJ 07470

IOU Central Inc.
600 Town Park Lane
Suite 100
Kennesaw, GA 30144

Monsieur Touton Selection
129 W. 27th Street
9th Floor
New York, NY 10001

NewCo LLC
1801 NE 123rd Street
Suite 421
Miami, FL 33181

Orange Advance
395 Brentwood Avenue
Toms River, NJ 08755

Paypal
PO Box 960080
Orlando, FL 32896-0080

Quality Direct NYC LLC
43-50 57th Avenue
Maspeth, NY 11378

Rocket Capital NY LLC
19950 W. Country Club Dr.
Suite 901
Miami, FL 33180

Zona Roma Imports LLC
49 Georgia Street
Valley Stream, NY 11580

# United States Bankruptcy Court
## Eastern District of New York

In re **Puerto Plata Seafood On The Water Corp.** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Puerto Plata Seafood On The Water Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 10, 2026**
Date

**/s/ Joseph S. Maniscalco, Esq**
**Joseph S. Maniscalco, Esq**
Signature of Attorney or Litigant
Counsel for **Puerto Plata Seafood On The Water Corp.**

**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**
**jsm@lhmlawfirm.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** Puerto Plata Seafood On The Water Corp. **CASE NO.:**.

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 26-45238 JUDGE: James T. Bentley DISTRICT/DIVISION: Eastern District of New York

DEBTOR NAME: Puerto Plata Fish Market, Inc.

CASE STILL PENDING (Y/N): Y [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.: 26-45148 JUDGE: James T. Bentley DISTRICT/DIVISION: Eastern District of New York

DEBTOR NAME: Puerto Plata Seafood Corp.

CASE STILL PENDING (Y/N): Y [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

3. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: ____________________

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Joseph S. Maniscalco, Esq**

**Joseph S. Maniscalco, Esq**
Signature of Debtor's Attorney
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

____________________
Signature of Pro Se Debtor/Petitioner

____________________
Signature of Pro Se Joint Debtor/Petitioner

____________________
Mailing Address of Debtor/Petitioner

____________________
City, State, Zip Code

____________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.